1
2
3
4                               - O -
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   ANDREW GARCIA,                    )   Case No. CV 11-10309-VAP (OP)
                                       )
12                  Petitioner,        )   ORDER ACCEPTING FINDINGS,
            v.                         )   CONCLUSIONS, AND
13                                     )   RECOMMENDATIONS OF
                                       )   UNITED STATES MAGISTRATE
14   W. J. SULLIVAN, Warden,           )   JUDGE
                                       )
15                                     )
                    Respondent.        )
16   _____)

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
18   file, the Report and Recommendation of the United States Magistrate Judge, and
19   Petitioner's Objections thereto. The Court has engaged in a de novo review of those
20   portions of the Report and Recommendation to which Petitioner has objected. The
21   Court accepts the findings and recommendations of the Magistrate Judge,
22   / / /
23   / / /
24   / / /
25
26
27
28

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition as untimely and dismissing this action with prejudice.

DATED: 11/30/12

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2